# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOUR DABLAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00878-JLT-SAB<br><br>ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12)<br><br>**DEADLINE: MARCH 21, 2023** |

On February 28, 2023, the parties filed a notice of settlement. (ECF No. 12.) The Court shall vacate all pending dates and matters, and order the parties to file dispositional documents within twenty-one (21) days. See L.R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.").

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file dispositional documents on or before March 21, 2023.

IT IS SO ORDERED.

Dated: __March 1, 2023__

_____
UNITED STATES MAGISTRATE JUDGE