# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOUR DABLAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>            Defendant. | Case No. 1:22-cv-00878-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF Nos. 12, 13)<br><br>**DEADLINE: MARCH 27, 2023** |

On February 28, 2023, Plaintiff filed a notice of settlement. (ECF No. 12.) On March 1, 2023, the Court issued an order requiring the parties to file dispositional documents on or before March 21, 2023. (ECF No. 13.)[1] The deadline to file dispositional documents has now expired and the parties have not done so, nor requested an extension of time from the Court.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir.

---

[1] The Plaintiff's filing requested a deadline of March 13, 2023, to file the stipulation of dismissal, however, the Court set a later deadline pursuant to the Local Rule 160(b). (ECF No. 13.)

2000).

The Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's order issued March 1, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than March 27, 2023**, why **monetary sanctions** should not issue for the failure to file dispositional documents as required by the March 21, 2023, order; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **March 22, 2023**

UNITED STATES MAGISTRATE JUDGE

2